UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

AMERICAN CIVIL LIBERTIES UNION
OF THE DISTRICT OF COLUMBIA,

              Plaintiffs,

   v.

FEDERAL BUREAU OF PRISONS

UNITED STATES DEPARTMENT OF
JUSTICE

              Defendants.

No. 1:21-cv-3121

**CERTIFICATE UNDER LCVR 26.1**

I, the undersigned counsel of record for Plaintiffs, hereby certify that none of the

Plaintiffs have any parent companies, subsidiaries or affiliates that have any outstanding

securities in the hands of the public.

These representations are made in order that judges of this court may determine the need

for recusal.

November 29, 2021

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street, NW – 2nd floor
Washington, DC 20005
202-601-4266
aspitzer@acludc.org

Attorney for Plaintiffs