# EXHIBIT B

Case 1:21-cv-03121-DLF   Document 1-4   Filed 11/29/21   Page 1 of 3

**From:** Emma Andersson
**To:** OGC Electronic Freedom of Information
**Subject:** RE: FOIA #2021-06841
**Date:** Friday, October 1, 2021 3:27:00 PM
**Attachments:** image001.png
image003.png

Mr. Baime,

Thank you for your responsiveness. In light of your concern below about the "combination of a-c and f," I would like to amend the request to leave out category b. Date of conviction.

Thank you for your assistance.

Emma

**From:** OGC Electronic Freedom of Information <ogc_efoia@bop.gov>
**Sent:** Thursday, September 30, 2021 3:38 PM
**To:** Emma Andersson <eandersson@aclu.org>
**Subject:** RE: FOIA #2021-06841

Ms. Andersson:

Good afternoon. These records are not retrievable by anyone in my office and need to be searched for and collected from a different directorate. While we sent requests to the appropriate directorates in BOP to search for the records, we do not know if the records are readily available or if a computer or other type of search will need to be conducted.

Please note the way your request is phrased, I anticipate some of the information may possibly be redacted since the combination of a-c and f would permit someone to identify specific individuals. If you wish to amend your request, please advise.

Respectfully,
Gene Baime
Supervisory Attorney

>>> Emma Andersson <eandersson@aclu.org> 9/30/2021 12:06 PM >>>
Hello,

Thank you for your acknowledgement letter. I appreciate your response. Prior to pursuing an administrative appeal, I'm hoping to better understand the challenges this request poses and potentially narrow the request in such a way that would reduce the burden on your agency.

Your letter asserts that "the documents responsive to your request must be searched for and collected from a field office and will require significant time to review" and states that the request is "complex" and "may take up to nine months" to process. The relevant request seeks information that we expect is readily available at the Designation & Sentence Computation Center in Texas. If there are specific categories of information that are not readily available, we may be able to amend the request to drop those categories. Can you clarify which specific categories make this request "complex" so that we can consider such an amendment? Please feel free to call me at the phone number below if easier by phone.

Thank you for your time and assistance.
Emma

**Emma Andersson**
Senior Staff Attorney | Criminal Law Reform Project
American Civil Liberties Union
Mobile: 347.931.6337
eandersson@aclu.org | aclu.org
Pronouns: she/her



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**From:** OGC_EFOIA@BOP.GOV <OGC_EFOIA@BOP.GOV>
**Sent:** Tuesday, September 28, 2021 2:57 PM
**To:** Emma Andersson <eandersson@aclu.org>
**Subject:** FOIA #2021-06841

Please see attached.
Respectfully,
S. Arellano
Government Information Specialist
Federal Bureau of Prisons

Office of the General Counsel