UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-3121 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's January 10, 2023 Minute Order, Defendants, the Federal Bureau of Prisons ("BOP") and the United States Department of Justice ("DOJ"), and Plaintiffs American Civil Liberties Union, American Civil Liberties Union Foundation, and American Civil Liberties Union of the District of Columbia, through their respective counsel, file this Joint Status Report to apprise the Court of their progress in this Freedom of Information Act ("FOIA") matter. *See* 5 U.S.C. § 552.

On November 29, 2021, Plaintiffs filed their pending Complaint, which seeks the release of records responsive to three FOIA requests filed between September 24 and October 8, 2021. *See* Compl., ECF No. 1. As previously reported, Defendants have completed processing and producing the requested documents. The parties continue to confer to determine whether all remaining issues regarding Defendants' response to Plaintiffs' FOIA request might be resolved in this case.

To allow time for the parties to continue to confer on a possible resolution for this case, the parties jointly propose that they file a further Joint Status Report on or before March

10, 2023, that will (1) inform the Court of the parties' progress on their efforts to resolve this matter, and (2) propose a briefing schedule, if necessary.

Date: February 8, 2023                    Respectfully submitted,

| | |
|---|---|
| */s/ Arthur B. Spitzer* | MATTHEW M. GRAVES, D.C. Bar. #481052 |
| Arthur B. Spitzer | United States Attorney |
| (D.C. Bar No. 235960) | |
| American Civil Liberties Union Foundation of the District of Columbia | BRIAN P. HUDAK<br>Chief, Civil Division |
| 915 15th Street, NW –2nd floor | |
| Washington, D.C. 20005 | By: /s/ Anna D. Walker |
| 202-601-4266 | ANNA D. WALKER |
| aspitzer@acludc.org | Assistant United States Attorney |
| | 601 D Street, N.W. |
| Emma A. Andersson | Washington, District of Columbia 20530 |
| (CA 260637) | Telephone: (202) 252-2544 |
| American Civil Liberties Union Foundation | Anna.Walker@usdoj.gov |
| 125 Broad Street –18th floor | |
| New York, NY 10004 | *Counsel for Defendants* |
| 347-931-6337 | |
| eandersson@aclu.org | |
| | |
| *Counsel for Plaintiffs* | |