UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-3121 (DLF) |

### **JOINT STATUS REPORT**

Pursuant to this Court's February 8, 2023 Minute Order, Defendants, the Federal Bureau of Prisons ("BOP") and the United States Department of Justice ("DOJ"), and Plaintiffs American Civil Liberties Union, American Civil Liberties Union Foundation, and American Civil Liberties Union of the District of Columbia, through their respective counsel, file this Joint Status Report to apprise the Court of their progress in this Freedom of Information Act ("FOIA") matter. *See* 5 U.S.C. § 552.

On February 28, 2023, the parties reached an agreement to resolve this case in full. To allow time for the parties to execute that agreement and to enter a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(iii), the parties respectfully request to file a further Joint Status Report by May 5, 2023 appraising the Court on the status of the parties' resolution of this matter and to propose a schedule governing further proceedings, if necessary.

\*   \*   \*

| | |
|---|---|
| Date: March 10, 2023 | Respectfully submitted, |

| | |
|---|---|
| */s/ Arthur B. Spitzer*<br>Arthur B. Spitzer<br>(D.C. Bar No. 235960)<br>American Civil Liberties Union Foundation of the District of Columbia<br>915 15th Street, NW –2nd floor<br>Washington, D.C. 20005<br>202-601-4266<br>aspitzer@acludc.org<br><br>Emma A. Andersson<br>(CA 260637)<br>American Civil Liberties Union Foundation<br>125 Broad Street –18th floor<br>New York, NY 10004<br>347-931-6337<br>eandersson@aclu.org<br><br>*Counsel for Plaintiffs* | MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Anna D. Walker<br>ANNA D. WALKER<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: (202) 252-2544<br>Anna.Walker@usdoj.gov<br><br>*Counsel for Defendants* |